UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

_____
                                    )
PABLO OVIEDO,                       )
                                    )
         Plaintiff,                 )
                                    )
    v.                              )   C.A. No. 15-344 S
                                    )
CAROLYN W. COLVIN, Acting           )
Commissioner of Social Security,    )
                                    )
         Defendant.                 )
_____ )

**ORDER**

WILLIAM E. SMITH, Chief Judge.

   Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation (R&R) on September 2, 2016 (ECF No. 19), recommending that the Court GRANT Plaintiff's Amended Motion to Reverse the Decision of the Commissioner (ECF No. 14) and DENY Defendant's Motion for an Order Affirming the Commissioner's Decision (ECF No. 15).  Having heard no objections and after careful review, the Court ACCEPTS the R&R.  Plaintiff's Amended Motion to Reverse the Decision of the Commissioner (ECF No. 14) is hereby GRANTED, and Defendant's Motion for an Order Affirming the Commissioner's Decision is hereby DENIED (ECF No. 15).  IT IS SO ORDERED.

/s/ W. E. Smith
_____
William E. Smith
Chief Judge
Date: October 4, 2016